No. 1113. THOMAS A. DELANEY *v.* UNITED STATES. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Michael M. Doyle* and *Mr. Lawrence M. Fine* for petitioner. No brief filed for the United States.

PETITIONS FOR CERTIORARI DENIED, FROM APRIL 10, 1923, TO AND INCLUDING JUNE 11, 1923.

No. 883. GOSHO COMPANY, INC. *v.* SOUTHERN PACIFIC COMPANY. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. W. Flournoy* for petitioner. *Mr. C. F. R. Ogilby* and *Mr. William F. Herrin* for respondent.

No. 890. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, AGENT, *v.* MICHAEL J. HANLON. April 16, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Thomas Patterson* for petitioner. No appearance for respondent.

No. 893. VULCANITE ROOFING COMPANY, INC. *v.* COMMONWEALTH STEAMSHIP COMPANY, LTD. April.16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Oscar R. Houston, Mr. D. Roger Englar* and *Mr. Henry H. Little* for petitioner. *Mr. John M. Woolsey* and *Mr. Edward R. Baird, Jr.,* for respondent.

No. 894. BROWN-CRUMMER COMPANY *v.* W. M. RICE CONSTRUCTION COMPANY. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the